MARY A. LANE, Respondent, *v.* C. AUGUSTUS KOENIG, Appellant, Impleaded with Others.

*Lane* v. *Koenig*, 137 App. Div. 879, modified.
(Argued February 27, 1911; decided March 14, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 25, 1909, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at an Equity Term in an action to abate a nuisance and for damages.

*Frank S. Coburn* for appellant.

*Oscar Tryon* for respondent.

Judgment modified by striking therefrom the mandatory provisions thereof, leaving the injunction to stand otherwise and as modified affirmed, without costs to either party; no opinion.

Concur: GRAY, WERNER, HISCOCK, CHASE and COLLIN, JJ. CULLEN, Ch. J., and WILLARD BARTLETT, J., dissent solely as to injunction against chimney.